OPINION — AG — ** JUDGMENT LIEN — ENFORCEMENT ** IT IS 'NOT' NECESSARY TO FILE A CERTIFIED COPY OF A JUDGMENT (JUDGEMENT) RENDERED BEFORE OCTOBER 1, 1978 WITH THE OFFICE OF THE COUNTY CLERK IN ORDER TO CREATE A VALID AND ENFORCEABLE LIEN UPON THE REAL PROPERTY OF THE JUDGMENT DEBTOR LOCATED IN THE COUNTY IN WHICH THE JUDGMENT WAS ENTERED. (CIVIL PROCEDURE, STATUTORY CHANGES, FILING REQUIREMENTS) CITE: ARTICLE V, SECTION 54, 12 O.S. 706 [12-706] (CERTIFIED COPY) (GARY W. GARDENHIRE)